## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **TASHIA SMITH,** *Plaintiff* | CIVIL ACTION NO. |
|  | 3:20-cv-1603 (JCH) |
| vs. |  |
| **VOYA FINANCIAL PARTNERS, LLC** *Defendant* | NOVEMBER 9, 2020 |

## STIPULATION OF VOLUNATRY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Tashia Smith, hereby dismisses the complaint against defendant Voya Financial Partners LLC ("Defendant") without prejudice. Defendant has not filed an answer to the complaint nor a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                                               THE PLAINTIFF,
                                                               TASHIA SMITH

                                                               BY: /s/ *Michael Reilly*
                                                               Michael J. Reilly (ct28651)
                                                               CICCHIELLO & CICCHIELLO, LLP
                                                               364 Franklin Avenue
                                                               Hartford, CT 06114
                                                               Phone: 860-296-3457
                                                               Fax: 860-296-0676
                                                               Email: mreilly@cicchielloesq.com

## **ELECTRONIC CERTIFICATION OF SERVICE**

I hereby certify that on November 9, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:    */s/ Michael J. Reilly*
             Michael J. Reilly (ct28651)